STATE v. JACKSON

No. 56P96

Case below: 121 N.C.App. 398

Petition by defendant for writ of supersedeas denied and stay dissolved 3 April 1996. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 April 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

STATE v. JACKSON

No. 12A96

Case below: Superior Court Buncombe County

Motion by defendant (Jackson) to withdraw death penalty appeal denied 3 April 1996.

STATE v. KALEY

No. 38A95

Case below: 117 N.C.App. 420

Attorney General's motion in the alternative to consider question presented in appellant's brief pursuant to Rule 2 denied 3 April 1996.

STATE v. KSOR

No. 73P96

Case below: 121 N.C.App. 398

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.

STATE v. McBRIDE

No. 524PA95

Case below: 120 N.C.App. 623

Notice of appeal by defendant (substantial constitutional question) retained 3 April 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed as to Issue 1, otherwise denied 3 April 1996.